IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SHANE SMITH,**                                                                         **PETITIONER**
Reg #36892-177

v.                Case No. 2:14-cv-00029 KGB/BD

**ANTHONY HAYNES, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                              **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 9), as well as timely objections filed by petitioner Shane Smith (Dkt. No. 10). After careful review, including a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. Smith's petition for writ of habeas corpus is dismissed without prejudice.

SO ORDERED this 9th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE