IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**SHANE SMITH,**                                                                                          **PETITIONER**
Reg #36892-177

v.                              Case No. 2:14-cv-00029 KGB/BD

**ANTHONY HAYNES, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                    **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this 9th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE